AO 91 (Rev. 11/11)  Criminal Complaint

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2018 OCT 15 PM 1:07

CLERK

BY _____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Krystal Whitcomb | ) | 2:18-mj-145-1 |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 10, 2018__ in the county of __Caledonia__ in the _____ District of __Vermont__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Knowingly and intentionally distributed heroin, a Schedule I controlled substance. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Wade Cochran, VDTF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/15/2018__

_____
Judge's signature

City and state: __Burlington, Vermont__

Hon. John M. Conroy, U.S. Magistrate Judge
*Printed name and title*