✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| DISTRICT OF | VERMONT |
|---|---|

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Krystal Whitcomb | Case Number: 2:18-cr-123-1 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John Conroy, Magistrate Judge | W. Fuller; J Boscia. AUSAs | M. Straub, Esq.; M. Leddy, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/19/2018 - Motion Hearing | Recorded | H.B. Cota |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/19/2018 | Yes | Yes | 10/11/2018 Surveillance Video of Walmart, Littleton, NH |
| 2 | | 11/19/2018 | Yes | Yes | VSP Detective Tyson Kinney Investigation Narrative of 10/14/2018 Interview w/ Shawn Whitcomb |
| 3 | | 11/19/2018 | Yes | Yes | Photo of trash can in residence of Shawn Whitcomb where 9mm luger bullet found |
| 4 | | 11/19/2018 | Yes | Yes | Photo of actual ammunition found in trash can |
| 5 | | 11/19/2018 | Yes | Yes | Lab report indicating Pimental shot with 9mm |
| 6 | | 11/19/2018 | Yes | Yes | Photo of 38 special revolver located in silver cadillac |
| 7 | | 11/19/2018 | Yes | Yes | Photo of 38 special revolver located in silver cadillac |
| 8 | | 11/19/2018 | Yes | Yes | Photo of 38 special revolver located in silver cadillac |
| 9 | | 11/19/2018 | Yes | Yes | Photo of approx. 2600 bags of heroin located in silver cadillac |
| 10 | | 11/19/2018 | Yes | Yes | Photo of stamp on some of the bags of heroin recovered |
| 11 | | 11/19/2018 | Yes | Yes | Photo of approx. $20,000 in U.S. currency |
| 12 | | 11/19/2018 | Yes | Yes | Photo of silver cadillac inside trunk |
| 13 | | 11/19/2018 | Yes | Yes | Photo of silver cadillac exterior bumper |
| 14 | | 11/19/2018 | Yes | Yes | Photo of silver cadillac inside trunk with luminal |
| 15 | | 11/19/2018 | Yes | Yes | Lab report confirms blood in silver cadillac belongs to Pimental |
| 16 | | 11/19/2018 | Yes | Yes | Report describing ammunition purchased 10/11/18 at Walmart in Littleton, NH |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     1     Pages