AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2020 NOV -2 PM 4:22
CLERK
BY ____ DEPUTY CLERK

U.S. MARSHALS SERVICE
DISTRICT OF VERMONT
2020 OCT 26 PM 4:21
RECEIVED

# UNITED STATES DISTRICT COURT

for the

District of Vermont

United States of America
v.
KRYSTAL WHITCOMB
*Defendant*

Case No. 2:18-cr-123-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Krystal Whitcomb ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Defendant has failed to comply with the conditions of his release.

Date: 10/26/20

*Issuing officer's signature*

City and state: Burlington, Vermont

Hon. Christina Reiss, U.S. District Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/26/2020 , and the person was arrested on *(date)* 11/02/2020
at *(city and state)* Burlington VT .

Date: 11/02/2020

*Arresting officer's signature*

William Tufts DUSM
*Printed name and title*